UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS ALBERTO ASTUDILLO SEREY
(A# 220-071-678),

                    Petitioner,

        v.

WARDEN, CALIFORNIA CITY
CORRECTION CENTER,

                    Respondent.

No.  1:26-cv-02907 DC SCR

ORDER

Petitioner, an immigration detainee who is representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On May 12, 2026, District Coggins denied Petitioner's motion for temporary restraining order and referred the matter to the undersigned for further proceedings.

In light of the complexity of the legal issues involved, the court has determined that the interests of justice require the appointment of counsel.  See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).  Within seven days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Shelly Her, Courtroom Deputy for Magistrate Judge Sean Riordan, via email at sher@caed.uscourts.gov who shall update the docket to reflect counsel's appointment.  If counsel is not a member of the Eastern District of California Criminal Justice Act

1

("CJA") Panel, the court hereby authorizes them to serve as *pro hac vice* CJA counsel for Petitioner for the duration of the proceedings in this court pursuant to Local Rule 180(b)(1) *nunc pro tunc* to the date the appointing authority first contacted counsel about this appointment.  If counsel is not admitted to practice before the Eastern District of California court, pursuant to 18 U.S.C. § 3006A and this District's CJA Plan, General Order 671, § XV.C.1.g as applied here, the court hereby authorizes said counsel's *pro hac vice* admission to practice before this court for the duration of the proceedings, *nunc pro tunc* to the date the appointing authority first contacted counsel about this appointment.

Accordingly, IT IS HEREBY ORDERED that:

1.  Within seven days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Shelly Her, Courtroom Deputy for Magistrate Judge Sean Riordan, via email at sher@caed.uscourts.gov who shall update the docket to reflect counsel's appointment.

2.  The Clerk of the Court shall serve a copy of this order on the Federal Defender, Attention:  Habeas Appointment, along with a copy of the § 2241 petition.

3.  In light of the appointment of counsel, the previously established briefing schedule on the § 2241 petition is hereby vacated.

4.  Based on the appointment of counsel, the court grants Petitioner leave to file a brief on the merits of the § 2241 petition within 21 days from the date of this order.  In addition to briefing all other claims and issues that Petitioner wishes to bring, **Petitioner shall brief the applicability of his arrest and conviction to 8 U.S.C. § 1226(c)(1)(E), as amended by the Laken Riley Act.** Specifically, Petitioner shall address whether the acts underlying his arrest and conviction "constitute the essential elements of any burglary, theft, larceny, shoplifting, or assault of a law enforcement officer offense, or any crime that results in death or serious bodily injury to another person," as those terms are understood "in the jurisdiction in which the acts occurred."  8 U.S.C. § 1226(c)(1)(E)(ii), (c)(2).  Within 7 days from petitioner's filing, Respondent may file a response to the merits brief.  The undersigned will construe Respondent's failure to file a response as an indication Respondents stands on their prior briefing.  Petitioner shall have 3 days from the date

Respondent's opposition is due to file a reply.  If the parties agree on a different briefing schedule, they may submit a joint proposed order to the court based on their stipulation.

DATED: May 29, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE