UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS ALBERTO ASTUDILLO SEREY
(A# 220-071-678),

          Petitioner,

    v.

WARDEN, CALIFORNIA CITY
CORRECTION CENTER,

          Respondent.

No.  1:26-cv-02907 DC SCR

ORDER

Petitioner, through appointed counsel, has requested an extension of time to file a brief on the merits.  ECF No. 12.  Good cause appearing, IT IS HEREBY ORDERED that:

1.    Petitioner's request for an extension of time (ECF No. 12) is granted.

2.    Petitioner shall a brief on the merits by July 3, 2026.

3.    Within 7 days from Petitioner's filing, Respondent may file a response to the merits brief.  Petitioner shall have 3 days from the date Respondent's opposition is due to file a reply.

DATED: June 22, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

1