UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALBERTO ASTUDILLO SEREY (A#220-071-678),<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY CORRECTION CENTER, et al.,<br><br>Respondents. | No. 1:26-cv-02907-DC-SCR (HC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(Doc. Nos. 9, 16, 19, 20, 22, 24) |

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 14, 2026, the magistrate judge filed findings and recommendations recommending Petitioner's Request to Stay Transfer Outside of the Eastern District (Doc. No. 16) be denied. (Doc. No. 19) The findings and recommendations were served on all parties and contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (Doc. No. 19.) Petitioner filed a timely statement of no objection to the findings and recommendations. (Doc. No. 21.) Respondents did not file timely objections to the July 14, 2026, findings and recommendations.

On August 18, 2026, the magistrate judge filed findings and recommendations

recommending Petitioner's petition for a writ of habeas corpus (Doc. No. 1) be granted and Petitioner's Request to Stay Transfer Outside of the United States (Doc. No. 20) be denied as moot. (Doc. No. 22.) Those findings and recommendations were also served on all parties and contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (Doc. No. 22.) Petitioner did not file objections. Respondents timely objected to the August 18, 2026, findings and recommendations "[f]or the reasons set forth in Respondents' previous briefing." (Doc. No. 23.) However, those arguments were already addressed and properly rejected by the magistrate judge in this case. (Doc. No. 22.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds both the July 14, 2026 (Doc. No. 19), and the August 18, 2026 (Doc. No. 22), findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 14, 2026 (Doc. No. 19), are ADOPTED;
2. The findings and recommendations filed August 18, 2026 (Doc. No. 22), are ADOPTED;
3. Petitioner Luis Alberto Astudillo Serey's (A-220-071-678) petition for a writ of habeas corpus (Doc. No. 1), is GRANTED;
    a. Petitioner shall be RELEASED IMMEDIATELY from Respondents' custody with the same conditions he was subject to immediately prior to this immigration detention. Respondents shall not impose any additional restriction on him, such as electronic monitoring, unless that is determined to be necessary at a future pre-deprivation/custody hearing;
    b. Respondents shall RETURN all of Petitioner's documents and possessions (e.g., identification, passport, work permit, Social Security card, etc.) upon his release from custody;
    c. Within three (3) days from the date of entry of this order, Respondents shall FILE a notice of compliance with this court confirming that Petitioner has been released in accordance with the above;

d. If the government seeks to re-detain Petitioner, it must provide no less than seven (7) days' notice to Petitioner and must hold a pre-deprivation bond hearing before a neutral arbiter, at which Petitioner's eligibility for bond must be considered; and

e. This order does not address the circumstances in which Respondents may detain Petitioner in the event Petitioner becomes subject to an executable final order of removal and Petitioner receives notice of that final order of removal;

4. Petitioner's pending motions (Doc. Nos. 9, 16, 20, 24) are DENIED as having been rendered moot by this order;
5. The Clerk of the Court is directed to serve a copy of this order on the California City Detention Facility; and
6. The Clerk of the Court is directed to enter judgment for Petitioner and close this case.

IT IS SO ORDERED.

Dated: **October 16, 2026**

Dena Coggins
United States District Judge